# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| **EnFin Corp.** | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) ) | Civil Action No. 1:24-cv-00149-DIl |
| **Carl Wells and Ferrin DeLoach** | ) ) ) ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF SERVICE

I, Javier Silva, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on February 22, 2024, at 9:19 pm. I delivered these documents to Ferrin DeLoach in Travis County, TX on February 26, 2024 at 7:55 pm at 3805 Bee Creek Road, Spicewood, TX 78669 by personal service by handing the following documents to an individual identified as Ferrin DeLoach.

Summons, Complaint, and Civil Cover Sheet

Additional Description:
I arrived at the location. Noticed the gate was closed. However there is no fence to the northeast side of the property. I entered the property on the northeast side of the fence. I verified that there were no indications of "No Trespassing". There were none. I proceeded to approach the home and rang the doorbell. A female approached and I asked to speak with both Carl Wells and Ferrin DeLoach. The female identified herself as Ferrin. I asked if Carl was home and she stated that he was (but male in the background said no). Ferrin asked what it was regarding. I said, "My name is Javier and I'm a process server in Texas and I have some legal documents to hand you." Ferrin required her name and stated that she would take hers. Ferrin asked if she needed to sign anything and I said, "No. You stated that Carl was here." Ferrin said, "He is but he's not coming to the door." That is when the gentleman in the house came to the door. He started to ask what it was about and I repeated my statement. Carl stated I do not accept service here. I asked Carl if he was refusing service and he said yes. Carl then said that I needed to get off his property. Carl asked how I got on the property and explained that the fence is open and I went around it. Carl followed me all the way back to my vehicle and threatened to throw a log at my vehicle's windshield and said go ahead. He ultimately decided not to throw the log at the window. As we approached

the gate, Carl said that I trespassed because the gate was closed. I told Carl to phone the police, he did not.

White Female, est. age 35-44, glasses: N, Blonde hair, 100 lbs to 120 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=30.3595245,-98.0406128
Photograph: See Exhibit 1

My name is Javier Silva, my date of birth is 1/4/1985, and my address is 3903 S. Congress Ave, Unit 40638, Austin, TX 78704, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in
___Travis County___,
__TX__ on __2/27/2024__.

/s/ *Javier Silva*
Javier Silva
+1 (512) 593-2671
Certification Number: PSC-23585
Expiration Date: 11/30/2025



Exhibit 1a)



Exhibit 1b)







Exhibit 1e)

