IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ENFIN CORP., | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:24-CV-149-DII |
| CARL WELLS and FERRIN DELOACH, | § § § | |
| Defendants. | § | |

## ORDER

Plaintiff EnFin Corp. ("Plaintiff") filed this action on February 13, 2024. (Dkt. 1). On April 30, 2024, the Court ordered Plaintiff to move for entry of default or file a status report on or before May 28, 2024. (Dkt. 7). Plaintiff timely filed a status report on May 28, noting that it was seeking clarification from the bankruptcy court in an underlying proceeding as to whether this action is covered by the automatic stay in the bankruptcy proceeding. (Dkt. 8).

Plaintiff has not yet filed an update since that status report. Accordingly, **IT IS ORDERED** that Plaintiff shall file a status report on or before **August 23, 2024**, detailing the status of the underlying bankruptcy proceeding and whether this action should be stayed.

**SIGNED** on July 23, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE